IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MATTHEW RAY,

    Petitioner,               No. CIV S-01-1294 FCD JFM P

    vs.

ROSEANNE CAMPBELL,
Warden, et al.,

    Respondents.        ORDER
_____/

        On May 4, 2005, petitioner filed a notice of change of address.  That document was not served on respondents.  Petitioner is advised that every document submitted to the court for consideration must be served on respondents.  Fed. R. Civ. P. 5; Rule 11, 28 U.S.C. § 2254.  As a prisoner proceeding pro se, petitioner is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5.  See Local Rule 5-135(b).  Since an attorney has filed a document with the court on behalf of respondents, documents submitted by petitioner must be served on that attorney and not on the respondents.  Fed. R. Civ. P. 5(b)(1).  Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record.  See Fed. R. Civ. P. 5(b)(2)(B).  Petitioner must include with every document filed in this action a certificate stating the date an accurate copy of

/////

1

the document was mailed to respondents' attorney and the address to which it was mailed. <u>See</u> Local Rule 5-135(b) and (c).

Accordingly, IT IS HEREBY ORDERED that within ten days from the date of this order petitioner shall serve a copy of his notice of change of address on counsel for respondents and shall file a certificate of service attesting to such service. Petitioner is cautioned that failure to properly serve any documents subsequently filed in this action, and failure to include a proper certificate of service with such filing, may result in the imposition of sanctions.

DATED: June 2, 2005.

UNITED STATES MAGISTRATE JUDGE

12/kf
ray1294.35