IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MATTHEW RAY,

        Petitioner,                    No. CIV S-01-1294 FCD JFM P

    vs.

ROSEANNE CAMPBELL,
Warden, et al.,

        Respondents.              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 4, 2006, this court issued an order granting petitioner's request for an extension of time to file a notice of appeal, issuing a certificate of appealability, and denying petitioner's request for the appointment of counsel on appeal without prejudice. Good cause appearing, that order will be vacated. Petitioner's request for an extension of time to file a notice of appeal, request for a certificate of appealability, and request for the appointment of counsel will be forwarded to the district court for consideration.

/////

/////

/////

/////

1

1         Accordingly, IT IS HEREBY ORDERED that the order filed January 4, 2006 is
2 vacated.
3 DATED: January 17, 2006.

                             UNITED STATES MAGISTRATE JUDGE

7 JFM:8:ray1294.vac