IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MATTHEW RAY,

    Petitioner,        No. CIV S-01-1294 FCD JFM P

    vs.

ROSEANNE CAMPBELL,
Warden, et al.,

    Respondents.        ORDER

    /

    Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter is presently proceeding on petitioner's appeal to the United States Court of Appeals for the Ninth Circuit from the judgment entered in this action on September 28, 2005. On March 30, 2006, petitioner filed in this court a reply brief, and on May 24, 2006, petitioner filed a letter concerning the filing of his reply brief. Both of those documents should have been filed in the United States Court of Appeals for the Ninth Circuit.

    The documents filed in this court have been scanned and docketed in this court's electronic case filing system. Ninth Circuit rules require pro se litigants to file an original and seven copies of briefs in that court. See Circuit Rule 31-1. This court cannot transfer the electronic documents that are part of this court's record to the court of appeals as an original

1

1  document. Petitioner should forthwith takes all steps necessary to file his reply brief and the
2  required copies directly with the Court of Appeals.[1]
3        In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the
4  Court is directed to serve a copy of this order on the parties to this action and to send a copy of
5  this order to the United States Court of Appeals for the Ninth Circuit.
6  DATED: June 12, 2006.

                                  UNITED STATES MAGISTRATE JUDGE

12
ray1294.o

---

[1] Documents to be filed in the court of appeals should be addressed to the Clerk of the Court, United States Court of Appeals for the Ninth Circuit, Post Office Box 193939, San Francisco, California 94119-3939

2